# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIAM E. POWELL, | Case: 1:18-cv-00453 |
| | Assigned To : Unassigned |
| 14565 Glastonbury Ave. | Assign. Date : 2/23/2018 |
| Detroit, Michigan 48223 | Description: FOIA/PI  **(I-DECK)** |
| (313) 492-1243 | |

      **Plaintiff, Pro Se**

v.

**INTERNAL REVENUE SERVICE,**

Commissioner of Internal Revenue
Attention: CC PA: Br 6/7
1111 Constitution Avenue, NW
Washington, D.C. 20223

U.S DEPARTMENT OF JUSTICE
950 Pennsylvania Avenue, NW
Washington, D.C. 20530-0001

      **Defendant.**

_____/

# COMPLAINT

William E. Powell, Plaintiff, brings this action against the Internal Revenue Service, Defendant, to compel compliance with 5 U.S.C. 552(a) *et seq.*, 5 U.S.C. 552a *et seq.* and 5 U.S.C. 552a (d)(1)

As grounds, therefore, Plaintiff alleges as follows:

## JURISDICTION AND VENUE

1. This Honorable Court has jurisdiction over this action pursuant to 5 U.S.C. 552(a) et seq., 5 U.S.C. 552a *et seq.*, 5 U.S.C. 552a (d)(1), 5 U.S.C. 552 (a)(4)(B), 5 U.S.C. 552a (g)(1),

1

and 28 U.S.C. 1331;

2. Venue is proper in this District pursuant to 5 U.S.C. 552(a)(4)(B), 5 U.S.C. 552a (g)(5), 28 U.S.C. 1391;

3. Plaintiff is a Beneficiary and Heir of the Estates of Amelia L. Powell, William A. Powell, Andrew Powell ; and the Authorized Individual for the Powell Printing Company and Parent Company; and,

4. Defendant is an Agency of the United States Government and it is headquartered at 1111 Constitution Avenue, NW, Washington D.C. 20224. Defendant has possession, custody, and in control of records to which Plaintiff seeks access.

## LEGAL STANDARDS

Plaintiff desires this Honorable Court to acknowledge that Plaintiff is representing himself as "Pro Se," which the Courts state are *"held to less stringent standards than formal pleading drafted by lawyers"* . . . *"Haines v. Kerner,"* 404 U.S. 519 (1972).

## PARTIES

William E. Powell, Plaintiff, is a citizen residing in Detroit, Michigan, and is the son of William A. Powell, a Senior Metallurgist, who was employed with General Electric Carboloy and then promoted and employed with a sub-division of General Electric Carboloy, Sandvik Group, Seco Tools an engineering group in tooling materials technology, mining and, construction.

Plaintiff's father, William A. Powell, inherited a thirty year (30) year old Printing Business in Detroit, Michigan, after the sudden death of his father, Andrew Powell, in 1987. Andrew Powell, Plaintiff's Grandfather, was a prominent Printer who parlayed a small printing business into one of the first African-American Printing Companies who provided services

throughout the Metropolitan Areas of Detroit, Michigan. Plaintiff's father, William A. Powell, allegedly incorporated the Powell Printing Company on December 11, 1989, with the Michigan Commercial Division, two (2) years after the death of his father in 1987.

Internal Revenue Service, Defendant, is a component of the Department of the Treasury and, therefore, an agency of the United States Government within the meaning of 5 U.S.C. 552 (f) (1). Defendant is headquartered at 1111 Constitution Avenue, NW, Washington D.C. 20224. As a component of the Department of the Treasury, Defendant is an Agency of the United States within the meaning of 5 U.S.C. 552 (f)(1) and 5 U.S.C. 552a(a)1, having a separately designated FOIA Disclosure office.

## STATEMENT OF FACTS

On December 11, 2017, Plaintiff submitted Privacy Act Requests ("PA") and Freedom of Information Act ("FOIA") by United States Postal Service First Class Mail with supporting documents to establish right to receive documents and illustrated material interest. Defendant as of this date has not responded or sent any correspondence with regard to Plaintiff's December 11, 2017.[1] **(attached as Exhibit "B")**.

Additionally, Plaintiff was also directed to the Federal Register to submit the Privacy Act Non-Master File Transcript Requests by U.S. mail to the Internal Revenue Service ("IRS") FOIA Address, Stop 93A, P. O. Box 621506, Atlanta, GA 30362-3006, and the FOIA Requests to be submitted at the same address, Stop 93A, P. O. Box 621506, Atlanta, GA 30362-3006.

Plaintiff mailed by First Class Mail the PA request to the address listed in the Federal Register of Stop 93A, P. O. Box 621506, Atlanta, GA 30362-3006 with **"Privacy Act Request"**

---

[1] Plaintiff has submitted supporting documents with FOIA and PA request as follows: 1). Copy of Plaintiffs Driver Licenses and Social Security Number 2) Death Certificates for William A. Powell, Andrew Powell and Amelia L. Powell. 3) Trust Agreements of William A. Powell, Andrew Powell and Amelia I. Powell

3

written on the front of the envelope.[2]

## COUNT I

### Violation of Privacy Act of 1974 5 U.S.C. 552a/ 5 U.S.C. 552a (d)(1)

Plaintiff alleges paragraphs 1 through 9 as if fully stated herein:

1. Defendant is unlawfully withholding records requested by Plaintiff pursuant to 5 U.S.C. 552a, 5 U.S.C. 552a (d)(1); and,

2. Plaintiff is being irreparably harmed by reasons of Defendant's unlawful withholding of requested records and Plaintiff will continue to be irreparably harmed unless Defendant is compelled to conform its conduct to the requirements of the law.

## COUNT II

### Violation of Freedom of Information Act 5 U.S.C. 552(a)

Plaintiff alleges paragraphs 1 through 9 as if fully stated herein:

1. Defendant is unlawfully withholding records requested by Plaintiff pursuant to 5 U.S.C. 552(a); and,

2. Plaintiff is being irreparably harmed by reasons of Defendant's unlawful withholding of requested records and Plaintiff will continue to be irreparably harmed unless Defendant is compelled to conform its conduct to the requirements of the law.

**WHEREFORE**, Plaintiff respectfully requests this Honorable Court:

1. Order Defendant to conduct a search for all-responsive documents to Plaintiff's Requests and demonstrate that it employed search methods reasonably likely to lead to the discovery of records responsive to Plaintiff Requests; and,

2. To order Defendant to do an adequate search in all of Defendant's computer systems, Customer Account Data Engine (CADE) Individual Master File (IMF)-Treasury/IRS;

---

[2] The Address is the same address listed for FOIA request also.

Individual Microfilm Retention Register-Treasury/IRS; Customer Account Data Engine (CADE) Business Master File-Treasury/IRS; Integrated Data Retrieval System (IDRS) and, Automated Non-Master File ("ANMF") by using all command Codes and Definers utilized for these systems.

Respectfully submitted,

Dated: February 15, 2018

/S/ *William E. Powell*

William E. Powell
**Plaintiff, Pro Se**
14565 Glastonbury Ave
Detroit, Michigan 48223
492-1243